**Fill in this information to identify your case and this filing:**

Debtor 1      **Rafael**                                    **Bernal**
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number      **16-36736**
(if known)

☐ Check if this is an
   amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.
_____
Street address, if available, or other description

_____

**1102 Rippling Springs** **TX**   **77573**
City                     State   ZIP Code

**Galveston**
County

**1102 Rippling Springs**
**SOUTH SHORE HARBOUR SEC SF 65-1**
**(2002) ABST 18, BLOCK 1, LOT 26,**
**ACRES 0.266**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   **Block 1 Lot 26**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $250,000.00 | $250,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☐ **Check if this is community property**
   (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.................... ➔

**$250,000.00**

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

Debtor 1    **Rafael Bernal**                                    Case number (if known)   **16-36736**

---

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Transcraft** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **53 x 102 flatbed** | ☑ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2007** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the** / **Current value of the** |
| Approximate mileage: _____ | | ☐ At least one of the debtors and another | **entire property?** / **portion you own?** |
| Other information: | | | $20,343.78 / $20,343.78 |
| **2007 Transcraft 53 x 102 flatbed Vin 9516** | | ☐ Check if this is community property (see instructions) | |

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Dorsey** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **DC53** | ☑ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2016** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the** / **Current value of the** |
| Approximate mileage: _____ | | ☐ At least one of the debtors and another | **entire property?** / **portion you own?** |
| Other information: | | | $44,500.00 / $44,500.00 |
| **2016 Dorsey DC53 Vin 8415** | | ☐ Check if this is community property (see instructions) | |

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Transcraft** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **53 x 102 Dropdeck** | ☑ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2013** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the** / **Current value of the** |
| Approximate mileage: _____ | | ☐ At least one of the debtors and another | **entire property?** / **portion you own?** |
| Other information: | | | $30,731.40 / $30,731.40 |
| **2013 Transcraft 53 x 102 Dropdeck Vin 9883** | | ☐ Check if this is community property (see instructions) | |

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Chevrolet** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **Silverado 1500** | ☑ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2015** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the** / **Current value of the** |
| Approximate mileage: **89,000** | | ☐ At least one of the debtors and another | **entire property?** / **portion you own?** |
| Other information: | | | $34,861.24 / $34,861.24 |
| **2015 Chevrolet Silverado 1500 Vin 0394** | | ☐ Check if this is community property (see instructions) | |

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Peterbilt** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **389 Sleeper Tractor** | ☑ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2012** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the** / **Current value of the** |
| Approximate mileage: **549,352** | | ☐ At least one of the debtors and another | **entire property?** / **portion you own?** |
| Other information: | | | $86,448.65 / $86,448.65 |
| **2012 Peterbilt 389 Sleeper Tractor Vin 0256** | | ☐ Check if this is community property (see instructions) | |

| 3.6. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Freightliner** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **Century** | ☑ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2007** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the** / **Current value of the** |
| Approximate mileage: **980,321** | | ☐ At least one of the debtors and another | **entire property?** / **portion you own?** |
| Other information: | | | $19,183.15 / $19,183.15 |
| **2007 Freightliner Century Vin 4201** | | ☐ Check if this is community property (see instructions) | |

---

| Debtor 1 | **Rafael Bernal** | | Case number (if known) | **16-36736** |

---

| 3.7. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Kenworth** | ☑ Debtor 1 only | |
| Model: | **T660 Sleeper** | ☐ Debtor 2 only | |
| Year: | **2011** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| Approximate mileage: | **560,450** | ☐ At least one of the debtors and another | |

Other information:
**2011 Kenworth T660 Sleeper Vin 5901**     ☐ Check if this is community property (see instructions)

Current value of the entire property? **$56,375.67**    Current value of the portion you own? **$56,375.67**

---

| 3.8. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Freightliner** | ☑ Debtor 1 only | |
| Model: | **Columbia** | ☐ Debtor 2 only | |
| Year: | **2010** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **560,450** | ☐ At least one of the debtors and another | |

Other information:
**2010 Freightliner Columbia Vin 7400**     ☐ Check if this is community property (see instructions)

Current value of the entire property? **$45,575.00**    Current value of the portion you own? **$45,575.00**

---

| 3.9. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Kenworth T660** | ☑ Debtor 1 only | |
| Model: | | ☐ Debtor 2 only | |
| Year: | **2008** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **840,300** | ☐ At least one of the debtors and another | |

Other information:
**2008 Kenworth T660 Vin 7592**     ☐ Check if this is community property (see instructions)

Current value of the entire property? **$35,000.00**    Current value of the portion you own? **$35,000.00**

---

| 3.10. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Peterbilt** | ☑ Debtor 1 only | |
| Model: | **T 389 Sleeper** | ☐ Debtor 2 only | |
| Year: | **2011** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **623,350** | ☐ At least one of the debtors and another | |

Other information:
**2011 Peterbilt T 389 Sleeper Vin 5297**     ☐ Check if this is community property (see instructions)

Current value of the entire property? **$40,989.28**    Current value of the portion you own? **$40,989.28**

---

| 3.11. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **T 660** | ☑ Debtor 1 only | |
| Model: | **Kenworth** | ☐ Debtor 2 only | |
| Year: | **2009** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **680,250** | ☐ At least one of the debtors and another | |

Other information:
**2009 T 660 Kenworth Vin 8319**     ☐ Check if this is community property (see instructions)

Current value of the entire property? **$27,232.34**    Current value of the portion you own? **$27,232.34**

---

| 3.12. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Freightliner** | ☑ Debtor 1 only | |
| Model: | **Columbia** | ☐ Debtor 2 only | |
| Year: | **2009** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **805,400** | ☐ At least one of the debtors and another | |

Other information:
**2009 Freightliner Columbia Vin 3159**     ☐ Check if this is community property (see instructions)

Current value of the entire property? **$27,232.34**    Current value of the portion you own? **$27,232.34**

---

Debtor 1   **Rafael Bernal**                                                Case number (if known)   **16-36736**

---

| 3.13. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|

Make:  **Freightliner**

Model:  **Columbia**

Year:  **2007**

Approximate mileage:  **940,300**

Other information:

**2007 Freightliner Columbia Vin 9643**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$18,688.96**

Current value of the portion you own?   **$18,688.96**

---

3.14.

Make:  **Freightliner**

Model:  **Columbia**

Year:  **2007**

Approximate mileage:  **470,150**

Other information:

**2007 Freightliner Columbia Vin 9652**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$18,688.90**

Current value of the portion you own?   **$18,688.90**

---

3.15.

Make:  **Kenworth**

Model:  **T660**

Year:  **2011**

Approximate mileage:  **549,352**

Other information:

**2011 Kenworth T660 Vin 2396**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$56,568.33**

Current value of the portion you own?   **$56,568.33**

---

3.16.

Make:  **Utility**

Model:  **53 x 102 Flatbed**

Year:  **2016**

Approximate mileage:  _____

Other information:

**2016 Utility 53 x 102 Flatbed Vin 4309**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$17,732.63**

Current value of the portion you own?   **$17,732.63**

---

3.17.

Make:  **Utility**

Model:  **53 x 102 Flatbed**

Year:  **2016**

Approximate mileage:  _____

Other information:

**2016 Utility 53 x 102 Flatbed Vin 4311**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$17,732.63**

Current value of the portion you own?   **$17,732.63**

---

3.18.

Make:  **Utility**

Model:  **53 x 102 Flatbed**

Year:  **2007**

Approximate mileage:  _____

Other information:

**2007 Utility 53 x 102 Flatbed Vin 5105**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$20,343.77**

Current value of the portion you own?   **$20,343.77**

---

Debtor 1    **Rafael Bernal**                                                     Case number (if known)  **16-36736**

| 3.19. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevrolet** | Check one. | |
| Model: | **Cruz** | ☐ Debtor 1 only | |
| Year: | **2014** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | |

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|

Approximate mileage: _____     ☐ At least one of the debtors and another

Other information:
**2014 Chevrolet Cruz**     ☐ Check if this is community property (see instructions)

| | | | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|---|---|
| | | | **$11,000.00** | **$11,000.00** |

| 3.20. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevrolet** | Check one. | |
| Model: | **Silverado** | ☐ Debtor 1 only | |
| Year: | **2013** | ☐ Debtor 2 only | |
| Approximate mileage: | **65,000** | ☐ Debtor 1 and Debtor 2 only | |

| | | | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|---|---|
| At least one of the debtors and another | | | **$22,680.00** | **$22,680.00** |

Other information:
**2013 Chevrolet Silverado (approx. 65000 miles)**     ☐ Check if this is community property (see instructions)

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

**5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................→**     **$651,908.07**

---

**Part 3:        Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

| | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.    Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **sofa, loveseat(2), coffee tables, end table, sofa tables, dining table and chairs, refrigerator/freezer, stove, range, microwave, dishwasher, washing machine, clothes dryer, dishes/flatware, pots/pans/cookware, beds (5), dresers/nightstands, house phones, lawnmower, yard tools, towels & linen**     **$2,300.00**

**7.    Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... **televisions, dvd players, cell phones**     **$700.00**

**8.    Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

**9.    Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

Debtor 1    **Rafael Bernal**                                    Case number (if known)   **16-36736**

---

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes.  Describe.....                                                            _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe.....   **clothing and shoes**                                   **$800.00**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....   **rings and watches**                                    **$300.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes.  Describe.....   **two dogs**                                             **$100.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific
information............                                                           _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.........................................................................** ➜   **$4,200.00**

---

| **Part 4:** | **Describe Your Financial Assets** |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes....................................................................................................... Cash:  .........................   **$100.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................          Institution name:

        17.1.   Checking account:   **Amegy Bank Checking**                      **$700.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................   Institution or issuer name:

---

Debtor 1   **Rafael Bernal**                                                    Case number (if known)   **16-36736**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☒ No
   ☐ Yes. Give specific
      information about
      them...........................   Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☒ No
   ☐ Yes. Give specific
      information about
      them...........................   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
      profit-sharing plans

   ☒ No
   ☐ Yes. List each
      account separately.   Type of account:      Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others

   ☒ No
   ☐ Yes............................   Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
   ☒ No
   ☐ Yes............................   Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☒ No
   ☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☒ No
   ☐ Yes. Give specific
      information about them                                                          _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☒ No
   ☐ Yes. Give specific
      information about them                                                          _____

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☒ No
   ☐ Yes. Give specific
      information about them                                                          _____

Debtor 1  **Rafael Bernal**                                        Case number (if known)  **16-36736**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

**29. Family support**
*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**
*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

_____

**31. Interests in insurance policies**
*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company of each policy and list its value...............  Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here................................................................** ➜  | **$800.00** |

Debtor 1    **Rafael Bernal**                    Case number (if known) **16-36736**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..
_____

**39. Office equipment, furnishings, and supplies**
_Examples:_  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes.  Describe.. **4 monitors, 2 desktops, 3 laptops, 3 printers, fax machine, post its, paper, ink, pens, pencils, paper towels, soap, desk, chairs, tables**    **$1,850.00**

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe.. **spare parts and tools**    **$2,000.00**

**41. Inventory**

☑ No
☐ Yes.  Describe..
_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:               % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☐ No
     ☐ Yes.  Describe.....
_____

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................➔** | **$3,850.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>**If you own or have an interest in farmland, list it in Part 1.** |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1   **Rafael Bernal**           Case number (if known)  **16-36736**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes....

    _____

48. **Crops—either growing or harvested**
    - ☑ No
    - ☐ Yes.  Give specific information...............

    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☑ No
    - ☐ Yes....

    _____

50. **Farm and fishing supplies, chemicals, and feed**
    - ☑ No
    - ☐ Yes....

    _____

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes.  Give specific information...............

    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.......................................................................➔    **$0.00**

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➔    **$0.00**

Debtor 1    **Rafael Bernal** _____    Case number (if known) __16-36736__

| Part 8: | List the Totals of Each Part of this Form |
|---------|---------------------------------------------|

55.  **Part 1: Total real estate, line 2**................................................................................................➔    $250,000.00

56.  **Part 2: Total vehicles, line 5**                    $651,908.07

57.  **Part 3: Total personal and household items, line 15**            $4,200.00

58.  **Part 4: Total financial assets, line 36**                $800.00

59.  **Part 5: Total business-related property, line 45**            $3,850.00

60.  **Part 6: Total farm- and fishing-related property, line 52**        $0.00

61.  **Part 7: Total other property not listed, line 54**        +        $0.00

62.  **Total personal property.**    Add lines 56 through 61.................    $660,758.07    Copy personal
property total  ➔  +  $660,758.07

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62...............................................    $910,758.07

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rafael** | | **Bernal** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36736**
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1102 Rippling Springs**<br>**SOUTH SHORE HARBOUR SEC SF 65-1 (2002) ABST 18, BLOCK 1, LOT 26, ACRES 0.266**<br>**Parcel: Block 1 Lot 26**<br>Line from *Schedule A/B*:  **1.1** | **$250,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2007 Transcraft 53 x 102 flatbed Vin 9516**<br>Line from *Schedule A/B*:  **3.1** | **$20,343.78** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1 __Rafael Bernal__ Case number (if known) __16-36736__

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2016 Dorsey DC53 Vin 8415**<br>Line from *Schedule A/B:* __3.2__ | **$44,500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2013 Transcraft 53 x 102 Dropdeck Vin 9883**<br>Line from *Schedule A/B:* __3.3__ | **$30,731.40** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2015 Chevrolet Silverado 1500 (approx. 89000 miles)**<br>**2015 Chevrolet Silverado 1500 Vin 0394**<br>Line from *Schedule A/B:* __3.4__ | **$34,861.24** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2012 Peterbilt 389 Sleeper Tractor (approx. 549352 miles)**<br>**2012 Peterbilt 389 Sleeper Tractor Vin 0256**<br>Line from *Schedule A/B:* __3.5__ | **$86,448.65** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2007 Freightliner Century (approx. 980321 miles)**<br>**2007 Freightliner Century Vin 4201**<br>Line from *Schedule A/B:* __3.6__ | **$19,183.15** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2011 Kenworth T660 Sleeper (approx. 560450 miles)**<br>**2011 Kenworth T660 Sleeper Vin 5901**<br>Line from *Schedule A/B:* __3.7__ | **$56,375.67** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2010 Freightliner Columbia (approx. 560450 miles)**<br>**2010 Freightliner Columbia Vin 7400**<br>Line from *Schedule A/B:* __3.8__ | **$45,575.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $180.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2008 Kenworth T660 (approx. 840300 miles)**<br>**2008 Kenworth T660 Vin 7592**<br>Line from *Schedule A/B:* __3.9__ | **$35,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2009 Freightliner Columbia (approx. 805400 miles)**<br>**2009 Freightliner Columbia Vin 3159**<br>Line from *Schedule A/B:* __3.12__ | **$27,232.34** | ☑ **$27,232.34**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

| | |
|---|---|
| Debtor 1 __Rafael Bernal__ | Case number (if known) __16-36736__ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2007 Freightliner Columbia (approx. 940300 miles)**<br>**2007 Freightliner Columbia Vin 9643**<br>Line from *Schedule A/B*: __3.13__ | **$18,688.96** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2007 Freightliner Columbia (approx. 470150 miles)**<br>**2007 Freightliner Columbia Vin 9652**<br>Line from *Schedule A/B*: __3.14__ | **$18,688.90** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2016 Utility 53 x 102 Flatbed Vin 4309**<br>Line from *Schedule A/B*: __3.16__ | **$17,732.63** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2016 Utility 53 x 102 Flatbed Vin 4311**<br>Line from *Schedule A/B*: __3.17__ | **$17,732.63** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2007 Utility 53 x 102 Flatbed Vin 5105**<br>Line from *Schedule A/B*: __3.18__ | **$20,343.77** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2014 Chevrolet Cruz**<br>Line from *Schedule A/B*: __3.19__ | **$11,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2013 Chevrolet Silverado (approx. 65000 miles)**<br>Line from *Schedule A/B*: __3.20__ | **$22,680.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**sofa, loveseat(2), coffee tables, end table, sofa tables, dining table and chairs, refrigerator/freezer, stove, range, microwave, dishwasher, washing machine, clothes dryer, dishes/flatware, pots/pans/cookware, beds (5), dresers/nightstands, house phones, lawnmower, yard tools, towels & linen**<br>Line from *Schedule A/B*: __6__ | **$2,300.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $2,300.00 100% of fair market value, up to any applicable statutory limit)** |

| Debtor 1 | **Rafael Bernal** | | Case number (if known) | **16-36736** |

---

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **televisions, dvd players, cell phones** <br><br> Line from *Schedule A/B*: __7__ | **$700.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $700.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **clothing and shoes** <br><br> Line from *Schedule A/B*: __11__ | **$800.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) (Claimed: $800.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **rings and watches** <br><br> Line from *Schedule A/B*: __12__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) (Claimed: $300.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **two dogs** <br><br> Line from *Schedule A/B*: __13__ | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) (Claimed: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **4 monitors, 2 desktops, 3 laptops, 3 printers, fax machine, post its, paper, ink, pens, pencils, paper towels, soap, desk, chairs, tables** <br><br> Line from *Schedule A/B*: __39__ | **$1,850.00** | ☑ **$1,850.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **spare parts and tools** <br><br> Line from *Schedule A/B*: __40__ | **$2,000.00** | ☑ **$2,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

Debtor 1    **Rafael**                              **Bernal**
            First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36736**
(if known)

☐ Check if this is an amended filing

Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|  | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **General Motors** <br> Name <br> **5809 Bellaire Blvd** <br> Number   Street <br><br> **Houston**    **TX**   **77081** <br> City    State   ZIP Code | **2016 Chevrolet Tahoe** <br> **Contract to be REJECTED** |
| 2.2 | **Gus Brieden** <br> Name <br> **La Porte, TX** <br> Number   Street <br><br> City    State   ZIP Code | **truck parking** <br> **Contract to be REJECTED** |
| 2.3 | **Iron Guard Storage** <br> Name <br> **2915 North 23rd** <br> Number   Street <br> **La Porte, TX** <br><br> City    State   ZIP Code | **storage** <br> **Contract to be ASSUMED** |

**Fill in this information to identify your case:**

Debtor 1  **Rafael**                                    **Bernal**
First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name         Middle Name         Last Name

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-36736**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | **self employed owner operator** | |
| Employer's name | | | |
| Employer's address | | | |
|  | | Number  Street | Number  Street |
|  | | City      State   Zip Code | City      State   Zip Code |
| How long employed there? | | | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  **$0.00** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +  **$0.00** | **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  **$0.00** | **$0.00** |

Debtor 1    **Rafael Bernal**                                                    Case number (if known)   **16-36736**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................. → | 4. | **$0.00** | **$0.00** |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | **$0.00** |
| 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. Insurance | 5e. | **$0.00** | **$0.00** |
| 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| 5h. Other deductions.<br>Specify: _____ | 5h. **+** | **$0.00** | **$0.00** |

**6.** Add the payroll deductions.    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.

| | 6. | **$0.00** | **$0.00** |
|---|---|---|---|

**7.** Calculate total monthly take-home pay.    Subtract line 6 from line 4.

| | 7. | **$0.00** | **$0.00** |
|---|---|---|---|

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$15,246.37** | **$0.00** |

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| 8h. Other monthly income.<br>Specify:  **daughter contribution (Chev Cruz)** | 8h. **+** | **$499.00** | **$0.00** |

**9.** Add all other income.    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.

| | 9. | **$15,745.37** | **$0.00** |
|---|---|---|---|

**10.** Calculate monthly income.    Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| | 10. | **$15,745.37** | **+** | **$0.00** | **=** | **$15,745.37** |
|---|---|---|---|---|---|---|

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify: _____ | 11. | **+** | **$0.00** |
|---|---|---|---|

**12.** Add the amount in the last column of line 10 to the amount in line 11.    The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| | 12. | **$15,745.37** |
|---|---|---|

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.
☑ Yes. Explain:    **Debtor has changed his business model by having less drivers and equipment.**

Debtor 1    **Rafael Bernal**                                   Case number (if known)   **16-36736**

8a.  Attached Statement (Debtor 1)

**owner operator truck driver**

**Gross Monthly Income:**                                                                              **$94,195.00**

| Expense | Category | Amount |
|---|---|---|
| 1099 contractors | | **$23,723.31** |
| driver tickets/accident fees | | **$254.98** |
| health insurance | | **$796.31** |
| load operating expenses | | **$440.00** |
| meals | | **$325.10** |
| office supplies | | **$315.38** |
| operating licenses and permits | | **$29.00** |
| professional fees | | **$5.95** |
| rent | | **$138.00** |
| tools | | **$5.64** |
| tax payments | | **$70.29** |
| truck expenses | | **$3,793.07** |
| trailer expenses | | **$185.82** |
| payroll expenses | | **$5,836.67** |
| liability and cargo insurance | | **$320.40** |
| fuel expenses | | **$37,409.63** |
| book keeping | | **$1,913.33** |
| utilities | | **$607.75** |
| unclassified expenses | | **$25.00** |
| toll fees | | **$59.00** |
| scale tickets | | **$4.00** |
| Taxes | | **$2,690.00** |

**Total Monthly Expenses**                                                                              **$78,948.63**

**Net Monthly Income:**                                                                              **$15,246.37**

**Fill in this information to identify your case:**

Debtor 1        __Rafael__ _____ __Bernal__
                First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  __SOUTHERN DISTRICT OF TEXAS__

Case number    __16-36736__
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition
  chapter 13 expenses as of the
  following date:

  _____
  MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**       ☐ No

Do not list Debtor 1 and       ☑ Yes. Fill out this information
Debtor 2.                             for each dependent...................

Do not state the dependents'
names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __spouse__ | | ☐ No  ☑ Yes |
| __daughter__ | __24__ | ☐ No  ☑ Yes |
| __daughter__ | __21__ | ☐ No  ☑ Yes |
| _____ | | ☐ No  ☐ Yes |
| _____ | | ☐ No  ☐ Yes |

**3.    Do your expenses include
       expenses of people other than
       yourself and your dependents?**
☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

                                                                          **Your expenses**

**4.    The rental or home ownership expenses for your residence.**       4.    __$2,387.40__
       Include first mortgage payments and any rent for the ground or lot.

       **If not included in line 4:**

       4a.   Real estate taxes                                            4a.   _____

       4b.   Property, homeowner's, or renter's insurance                 4b.   _____

       4c.   Home maintenance, repair, and upkeep expenses                4c.   __$200.00__

       4d.   Homeowner's association or condominium dues                  4d.   __$40.00__

Debtor 1   **Rafael Bernal** _____   Case number (if known)   **16-36736** _____

<u>**Your expenses**</u>

| | | | |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| **6.** | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$350.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$300.00** |
| | 6d.  Other.  Specify: _____ | 6d. | _____ |
| **7.** | **Food and housekeeping supplies** | 7. | **$600.00** |
| **8.** | **Childcare and children's education costs** | 8. | _____ |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| **10.** | **Personal care products and services** | 10. | **$75.00** |
| **11.** | **Medical and dental expenses** | 11. | **$300.00** |
| **12.** | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$200.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____ |
| **14.** | **Charitable contributions and religious donations** | 14. | _____ |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | _____ |
| | 15b.  Health insurance | 15b. | **$475.00** |
| | 15c.  Vehicle insurance | 15c. | **$300.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | _____ |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| **17.** | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | **$499.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. | _____ |
| | 17c.  Other.  Specify: _____ | 17c. | _____ |
| | 17d.  Other.  Specify: _____ | 17d. | _____ |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1    **Rafael Bernal**                                        Case number (if known)   __16-36736__
_____

**20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property                                   20a.   _____

20b.   Real estate taxes                                             20b.   _____

20c.   Property, homeowner's, or renter's insurance                  20c.   _____

20d.   Maintenance, repair, and upkeep expenses                      20d.   _____

20e.   Homeowner's association or condominium dues                   20e.   _____

**21.  Other.**   Specify: _____          21.   + _____

**22.  Calculate your monthly expenses.**

22a.   Add lines 4 through 21.                                       22a.   |   **$5,926.40** |

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   _____

22c.   Add line 22a and 22b.  The result is your monthly expenses.   22c.   |   **$5,926.40** |

**23.  Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.   23a.   __**$15,745.37**__

23b.   Copy your monthly expenses from line 22c above.               23b.  − __**$5,926.40**__

23c.   Subtract your monthly expenses from your monthly income.
       The result is your monthly net income.                        23c.   |   **$9,818.97** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes.   Explain here:
         **Debtor had a negative income for 3 of the last 6 months.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rafael** | | **Bernal** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-36736**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | **$250,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | **$660,758.07** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | **$910,758.07** |

### Part 2:   Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$962,473.04** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................ | **$5,000.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.......................... **+** | **$188,052.76** |
| | Your total liabilities | **$1,155,525.80** |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................................ | **$15,745.37** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.............................................................. | **$5,926.40** |

Debtor 1     **Rafael Bernal** _____     Case number (if known)   **16-36736** _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.** **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

**7.** **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.** From the _Statement of Your Current Monthly Income:_ Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

**9.** Copy the following special categories of claims from Part 4, line 6 of _Schedule E/F:_

**Total claim**

From Part 4 on _Schedule E/F,_ copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)                                                     _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)          _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   _____

9d.  Student loans.  (Copy line 6f.)                                                                           _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)                                                                           _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  **+** _____

9g.  **Total.**    Add lines 9a through 9f.                                                                  _____

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Rafael</strong></td><td><strong>Bernal</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td></tr>
</table>

Debtor 1 | **Rafael** | | **Bernal**
First Name | Middle Name | Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36736**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Rafael Bernal**          X _____
Rafael Bernal, Debtor 1            Signature of Debtor 2

Date **02/22/2017**              Date _____
MM / DD / YYYY                   MM / DD / YYYY